**Sharon Lee JEHLE,
Petitioner/Appellant,**

v.

**Larry Eugene TUBBS,
Respondent/Respondent.**

**No. ED 88521.**

Missouri Court of Appeals,
Eastern District,
Division One.

April 17, 2007.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 7, 2007.

Application for Transfer Denied
Aug. 21, 2007.

Lawrence G. Gillespie, Gillespie Hetlage
& Coughlin LLC, Clayton, MO, for appellant.

Sanford J. Boxerman, Capes, Sokol,
Goodman & Sarachan, PC, St. Louis, MO,
for respondent.

Before CLIFFORD H. AHRENS, P.J.,
and MARY K. HOFF, J., and
NANNETTE A. BAKER, J.

### ORDER

PER CURIAM.

Sharon Lee Jehle (Mother) appeals from
the trial court's judgment modifying a
judgment of dissolution previously entered
by the trial court, which had awarded her
sole legal and physical custody of her two
minor children. Mother argues the trial
court erred in awarding Larry Eugene
Tubbs (Father) unsupervised visitation of
the minor children.

We have reviewed the briefs of the parties, the legal file, and the record on appeal, and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law would have no precedential value. We affirm the judgment pursuant to Rule 84.16(b). The parties have been furnished with a memorandum for their information only, setting forth the reasons for the order affirming the judgment pursuant to Rule 84.16(b).